

IN THE
TENTH COURT OF APPEALS

No. 10-17-00182-CR

RICHARD BRUCKER,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2016-538-C1

## MEMORANDUM OPINION

Richard Brucker appeals his conviction. However, the certification of defendant's right of appeal, which Brucker signed, indicates that he has waived his right to appeal. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 25.2(d); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 14, 2017
Do not publish
[CR25]

